# EXHIBIT A

1800 Second St., Ste. 603  
Sarasota, FL 34236  
(Physical Location)



| Date | 03/01/2019 |
|---|---|
| Balance | $1,034.53 |
| Current Creditor | Oliphant Financial, LLC |
| Oliphant Account# | ▉0110 |
| Original Creditor | Barclays Bank Delaware |
| Original Creditor Acct# | 5.14888E+15 |



Rudolf Frankenreiter Jr  
1825 W TIMBER RIDGE LN APT 9308  
OAK CREEK, WI 53154-8404

**Contact Us/Pay by Phone:** Toll Free 1-800-262-1999  
**Online Payments:** www.OliphantFinancial.com  
**Standard Payments:** PO Box 740882  
Atlanta, GA 30374-0882

PP SeasonalOffer-ENV-2

Dear Rudolf Frankenreiter Jr,

Oliphant Financial, LLC, as the current creditor of your Barclays Bank Delaware, Product (which was facilitated by CreditShop, LLC). Oliphant Financial, LLC, has the ability and desire to present you with a variety of options to satisfy the outstanding balance due.

1. Your account balance of $1,034.53 can be resolved with 1 payment of $724.18.

2. Or, your account balance of $1,034.53 can be resolved with 3 payments of $258.64.

3. Or, your account balance of $1,034.53 can be resolved with 6 payments of $137.94.

This offer is good through 3/29/2019. Oliphant Financial, LLC is not obligated to renew this offer.

To take advantage of the savings above, please reach a professional agent by calling 1-800-262-1999 Monday through Thursday from 9:00am to 6:00pm and Friday from 8:15am to 5:00pm, Eastern Time.

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.