# Exhibit B

PO Box 1259
Dept. # 136480
Oaks, PA 19456

| If you wish to pay by credit card, fill in the information below. | |
|---|---|
| Card Number | Card Exp |
| Card Holder Name | CVV |
| Signature | Amount Paid |
| Account Number ▮3853 | Balance Due $1,034.53 |

*If you would like to make your payment through our website, please visit* www.alpharecoverycorp.com

RUDOLF FRANKENREITER
1825 W TIMBER RIDGE LN APT 9308
OAK CREEK WI 53154-8404

Alpha Recovery Corp.
6912 S. Quentin St. Unit 10
Centennial CO. 80112

***Please Detach This Portion And Return With Payment***     Alpha Recovery Corp. Toll Free: 1-877-359-8714

---

ALPHA RECOVERY CORP

6912 S. Quentin St. Unit 10
Centennial CO. 80112

Toll Free: 877-359-8714

08/15/2018

**Creditor:** OLIPHANT FINANCIAL, LLC.
**Account Number:** ▮3853

**Original Creditor:** Barclays Bank Delaware
**Original Creditor Account Number:** ************1327

**Current Balance Claimed Due:** $1,034.53

Dear Rudolf Frankenreiter,

Please be advised that your outstanding balance, in the amount of $1,034.53 for this account has been placed with our office. Please remit your payment in full payable to Alpha Recovery Corp.

We trust your intention is to address this matter. Please do not hesitate to contact our office at 877-359-8714, Monday and Tuesday from 10:00am - 7:00pm MST, Wednesday - Friday from 7:30am-4:30pm MST. Please refer to the account number listed above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of original creditor, if different from the current creditor.

Alpha Recovery Corp.

This is a communication from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Your account with the above referenced original creditor has been purchased and is now owned by our client, OLIPHANT FINANCIAL, LLC.

***See reverse side for state specific laws and other important information***


ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member
1 of 1


BBB ACCREDITED BUSINESS

136525-1-4530

Change of Address Information

_____

_____

_____

Home Phone # _____

Work Phone # _____

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

Notice to California Residents: The State Rosenthal Fair Debt Collection Practices Act and The Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collector may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collections activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or WWW.FTC.GOV. As required by California law, you are hereby notified that a negative credit report reflecting on your credit may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

For Colorado residents: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE **www.coag.gov/car** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Notice to Maine Residents: Alpha Recovery Corporation OPERATING HOURS IS Monday and Tuesday 10:00am - 7 pm MST, Wednesday, Thursday, and Friday 7:30am - 4:30pm MST

NOTICE TO MASSACHUSETTS RESIDENTS: NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT WILL NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. YOU MAY CONTACT OUR OFFICE AT 877-359-8714 BETWEEN THE HOURS OF 10:00am - 7pm MST Monday and Tuesday & 7:30am - 4:30pm MST Wednesday, Thursday, and Friday.

Notice to Tennessee Residents: This collection agency is licensed by the collection service board of The Department of Commerce and Insurance, License ID Number 00001173.

Notice to Minnesota Residents: This collection agency is licensed by The Minnesota Department of Commerce.

Notice to North Carolina Residents: Alpha Recovery Corporation PERMIT# 104670.

Notice to New York City Residents: Alpha Recovery Corporation License # 1379591.