# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**RUDOLPH FRANKENREITER,**
**Individually and on Behalf of All Others Similarly Situated,**

Plaintiff,

v.    Case No. **19-CV-724**

**OLIPHANT FINANCIAL LLC and**
**ALPHA RECOVERY CORPORATION,**

Defendants.

☒    **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action has been given Final Class Action Certification under Fed. R. Civ. P. 23(b)(3).

The Class is certified to include all individuals in the United States who were sent a letter substantially similar to Exhibits A or B to Plaintiff's Amended Complaint in this case, in which: (a) the letter states "Oliphant Financial, LLC, as the current creditor of your Barclays Bank Delaware, Product (which was facilitated by CreditShop, LLC)" or (b) the letter contains an alleged account number that was converted to scientific notation format; or (c) the original account number stated by Defendant Oliphant is different than the original account number stated by Defendant Alpha.

Excluded from the class are any person who is already subject to an existing signed release that covers the claims raised in this lawsuit; any person who is deceased as of the date of preliminary certification; any person who has filed for bankruptcy protection under Title 11 of the United States Code on or after the start of the class period and who has not both disclosed his or her claim against Defendants and

claimed an exemption for that asset; and any class member who timely mailed a request for exclusion.

Class action notices in the form approved by the Court were mailed to all of the Class Members.

**SETTLEMENT TERMS:**

(1) Defendants shall pay Plaintiff the total sum of $3,000 in compensation for both his individual claim and his service as Class Representative;
(2) Defendants shall pay the total sum of $20,000.00 to the Class, to be distributed pro-rata among all class members who did not opt out of the Class and who submitted timely fully executed claim forms;
(3) Defendants shall pay Class Counsel a total of $20,000.00 in attorneys' fees, costs, and expenses, which the Court finds to be a reasonable fee in relation to the work expended.

**This action is hereby TERMINATED WITH PREJUDICE.**

Date: November 18, 2020

        Gina M. Colletti, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/ Linda M. Zik

        Approved this 18th day of November, 2020.

        *William E. Duffin*
        WILLIAM E. DUFFIN
        United States Magistrate Judge